## Fleming *v.* The State.

APPEAL from the City Court of Montgomery. Tried before the Hon. WILLIAM H. THOMAS.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was prosecuted and convicted for abandoning his family.
The judgment of conviction is affirmed.

Opinion by SHARPE, J.

---

## Scarbrough *v.* Martin.

APPEAL from the City Court of Anniston, in Equity. Heard before the Hon. THOMAS W. COLEMAN, JR.

KNOX, ACKER & BLACKMON and J. T. GREEN, for appellant.

No counsel marked as appearing for appellee.

The appeal is dismissed by appellants.

Opinion PER CURIAM.

---

## The State *v.* Johnson *et al.*

APPEAL from Order of Probate Judge of County of Bibb.
Heard before the Hon. W. L. PRATT.

MASSEY WILSON, Attorney-General, for the State.

S. D. LOGAN, for appellee.